# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS, | 1:12-cv-0245-AWI-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL |
| v. | (ECF No. 8) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

Plaintiff Clarence Leon Dews ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on February 21, 2012 and the Court has yet to screen Plaintiff's Complaint. On March 19, 2012, Plaintiff filed a motion asking for permission to serve interrogatories and an order compelling Defendants to respond.

The Court's First Informational Order, which was issued to Plaintiff after he filed his Complaint, specifically states, "<u>No discovery may be conducted without court permission until an answer is filed and the court issues the discovery order.</u>" (emphasis in original) (ECF No. 3.) Only once the Complaint has been served and if Defendants file an answer

will the Court issue a discovery and scheduling order, providing the parties with time in which to conduct discovery.

Plaintiff's motion (ECF No. 8) is premature at this time and is DENIED.

IT IS SO ORDERED.

Dated:  June 13, 2012                              /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE