UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS, | 1:12-cv-0245-AWI-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LIBRARY ACCESS |
| v. | |
| COUNTY OF KERN, et al., | (ECF Nos. 7 & 12) |
| Defendants. | |

Plaintiff Clarence Leon Dews ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2012 the Magistrate Judge filed a Findings and Recommendations, recommending that Plaintiff's motion to for library access be denied.  (ECF No. 12.)  Plaintiff has failed to file objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 16, 2012, are adopted in full; and

2. Plaintiff's motion for library access is DENIED.

IT IS SO ORDERED.

Dated: September 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE