1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  CLARENCE LEON DEWS,

10                          Plaintiff,

11        v.

12  COUNTY OF KERN, et al.,

13                          Defendants.

14

15

16

CASE   NO.   1:12-cv-0245-AWI-MJS   (PC)

ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED FOR
FAILURE TO COMPLY WITH COURT
ORDER AND FAILURE TO STATE A
CLAIM

(ECF No. 13)

AMENDED COMPLAINT DUE WITHIN
FOURTEEN DAYS

_____/

17        Plaintiff Clarence Leon Dews ("Plaintiff") is a former state prisoner proceeding pro

18  se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

19        The Court screened Plaintiff's Complaint on July 16, 2012, and found that it failed

20  to state a cognizable claim but gave Plaintiff an opportunity to file an amended complaint

21  on or before August 16, 2012.  (ECF No. 13.)  August 16, 2012, has passed without

22  Plaintiff having filed an amended complaint or a request for an extension of time to do so.

23        Local Rule 110 provides that "failure of counsel or of a party to comply with these

24  Rules or with any order of the Court may be grounds for imposition by the Court of any and

25  all sanctions . . . within the inherent power of the Court."  District courts have the inherent

26  power to control their dockets and "in the exercise of that power, they may impose

27  sanctions including, where appropriate . . . dismissal of a case."  Thompson v. Housing

28  Auth., 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action based on a party's

1  failure to prosecute an action, failure to obey a court order, or failure to comply with local

2  rules.  See, e.g., Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for

3  noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992)

4  (dismissal for failure to comply with an order requiring amendment of complaint);

5  Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of

6  prosecution and failure to comply with local rules).

7      Plaintiff has not adequately responded to the Court's July 16, 2012, Order.  He will

8  be given one more opportunity, up to **fourteen (14) days** after entry of this Order **and no**

9  **later** to file an amended complaint or show cause why his case should not be dismissed

10 for failure to comply with a court order and failure to state a claim.  **Failure to meet this**

11 **deadline will result in dismissal of this action.**

12

13

14

15 IT IS SO ORDERED.

16 Dated:    September 13, 2012          /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28