# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS, | 1:12-cv-0245-AWI-MJS (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| COUNTY OF KERN, et al., | (ECF No. 15) |
| Defendants. | |

Plaintiff Clarence Leon Dews ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 21, 2012.

On July 16, 2012, the Court filed an order dismissing Plaintiff's Complaint with leave to amend. (ECF No. 13.) Plaintiff's amended complaint was due on August 20, 2012. (Id.) After this deadline passed without Plaintiff complying with or responding to the Court's order, the Court on September 13, 2012, ordered Plaintiff to show cause by October 1, 2012 why the action should not be dismissed. (ECF No. 15.) Plaintiff filed his First Amended Complaint on October 12, 2012. (ECF No. 18.) Although Plaintiff's response was untimely, the Court considered its merits and, based on Plaintiff's representations therein, will discharge the order to show cause.

1   Accordingly, it is hereby ORDERED that the order to show cause, filed September 13, 2012, is DISCHARGED.

IT IS SO ORDERED.

Dated:   October 24, 2012                     /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE