# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS, | CASE NO.   1:12-cv-245-LJO-MJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR STATUS |
| v. | (ECF No. 16) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

/

Plaintiff Clarence Leon Dews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 4, 2012, Plaintiff filed what the Court construes as a motion for report of status. (ECF No. 16.)  In his motion, Plaintiff asks the Court to inform him of the status of his motion to proceed in forma pauperis.

Plaintiff's motion is hereby GRANTED.  Plaintiff's motion to proceed in forma pauperis was granted on April 9, 2012 (ECF No. 10).  (The Court ORDERS the Clerk's Office to send Plaintiff a copy of the docket sheet in this matter.)

IT IS SO ORDERED.

Dated:   October 30, 2012          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE