UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS, | CASE NO.   1:12-cv-0245-AWI-MJS (PC) |
| Plaintiff, | ORDER PARTIALLY GRANTING PLAINTIFF'S MISCELLANEOUS MOTIONS |
| v. | (ECF No. 16 & 21) |
| COUNTY OF KERN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Clarence Leon Dews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. §1983.

Plaintiff initiated the action on February 21, 2012.  (ECF No. 1.)  No other parties have appeared.  The Court screened Plaintiff's original Complaint and dismissed it with leave to amend, for failure to state a claim.  (ECF No. 13.)  Plaintiff has since filed a First Amended Complaint that has yet to be screened.  (Am. Compl., ECF No. 18.)

Plaintiff has filed the following motions:

1. Motion requesting information about Plaintiff's in forma pauperis status, filed October 4, 2012 (ECF No. 16); and

2. Motion requesting Plaintiff be provided with copies of the documents filed in this action and providing the Court with miscellaneous information, filed

-1-

1    October 12, 2012 (ECF No. 21).

2    Plaintiff's motions are now before the court.

## I.    MOTION REGARDING PLAINTIFF'S IN FORMA PAUPERIS STATUS

Plaintiff has filed a motion requesting information about his in forma pauperis status. Plaintiff's motion is GRANTED.  Plaintiff is hereby informed that his motion to proceed in forma pauperis (ECF No. 9) was granted on June 14, 2012 (ECF No. 11).

## II.    MOTION REQUESTING DOCUMENTS

Plaintiff has filed another motion requesting that he be provided with a copy of the documents filed in this case. (ECF No. 21.) Plaintiff's request to be provided with copies of the documents filed in this action is GRANTED.

In this same motion, Plaintiff provides quotes from various laws and regulations, informs the Court about prison mail issues, and registers complaints related to these issues.  To the extent Plaintiff's motion is intended to request any additional relief, the Court is unable to determine what it is he seeks and so the motion is DENIED without prejudice in that respect..

It is ORDERED that, upon Plaintiff's remitting to the Court Clerk a money order in the sum of one hundred fifty-two dollars ($152.00), the Court's scheduled copying charge ($0.50/page for 305 pages), the Clerk shall mail one copy of documents filed in the docket to the Plaintiff at his address of record.

IT IS SO ORDERED.

Dated:   February 26, 2013         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE