# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-0245-AWI-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>ECF Nos. 24, 29 |

Plaintiff Clarence Leon Dews ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 21, 2012.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending that Plaintiff's motion for summary judgment be denied.  (ECF No. 29.)  Plaintiff has failed to file objections to the Findings and Recommendations.

///

///

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 18, 2013, are adopted in full; and

2. Plaintiff's motion for summary judgment (ECF No. 24) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  July 31, 2013

SENIOR DISTRICT JUDGE