1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

12 | CLARENCE LEON DEWS,

13 |          Plaintiff,

14 |      v.

15 | COUNTY OF KERN, et al.,

16 |          Defendants.

17

Case No.  1:12-cv-0245-AWI-MJS

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS DENYING
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT

ECF Nos. 24, 29

18     Plaintiff Clarence Leon Dews ("Plaintiff"), a California state prisoner, filed this civil

19 rights action pursuant to 42 U.S.C. § 1983 on February 21, 2012.  The matter was referred to a

20 United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21     On March 18, 2013, the Magistrate Judge filed a Findings and Recommendations,

22 recommending that Plaintiff's motion for summary judgment be denied.  (ECF No. 29.)  Plaintiff

23 has failed to file objections to the Findings and Recommendations.

24 ///

25 ///

26 ///

27 ///

28

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, filed March 18, 2013, are adopted in full; and

2.     Plaintiff's motion for summary judgment (ECF No. 24) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  __July 31, 2013__                     _____

SENIOR  DISTRICT  JUDGE