im

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS,<br><br>           Plaintiff,<br><br>      v.<br><br>COUNTY OF KERN, et al.,<br><br>           Defendants. | Case No.  1:12-cv-0245-AWI-MJS<br><br>ORDER DENYING PLAINTIFF'S<br>MISCELLANEOUS MOTIONS<br><br>(ECF Nos. 31, 32, 34) |

Plaintiff Clarence Leon Dews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. §1983.

Plaintiff initiated the case on February 21, 2012.  (ECF No. 1.)  The Court screened Plaintiff's original Complaint and dismissed it, with leave to amend, for failure to state a claim.  (ECF No. 13.)  Plaintiff has since filed a First Amended Complaint but it has not yet been screened.  (Am. Compl., ECF No. 18.)

The Court has not yet determined whether Plaintiff's action contains a cognizable claim.  The Court has not ordered service or authorized discovery.  No other parties have appeared.

Plaintiff has filed several motions with the Court:  a motion for discovery (ECF

No. 30);  a motion for subpoenas (ECF No. 32); and  a motion demanding "compliance of ex post facto" and "enforcement of res judicata."  (ECF No. 34.)

Plaintiff's motions for discovery and subpoenas (ECF Nos. 30, 32) are premature.  At this stage of the proceedings, the Court has not found that Plaintiff has stated a cognizable claim.  It has not authorized or ordered service.  In its First Informational Order, the Court informed Plaintiff that discovery would only open after Defendants file an answer.  (ECF No. 3.)  Plaintiff's motions for discovery are premature.

Plaintiff's motion for ex post facto and res judicata relief is  incomprehensible and seeks no discernable relief.

Accordingly, Plaintiff's motions for miscellaneous relief (ECF Nos. 31, 32, 34) are DENIED.

IT IS SO ORDERED.

Dated:   March 11, 2014                      /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE